1  Bradley A. Chapin (State Bar No. 232885)
   bchapin@rutan.com
2  Lucas K. Hori (State Bar No. 294373)
   lhori@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone: 714-641-5100
5  Facsimile:  714-546-9035

6  Attorneys for Defendant
   QUALITY IS OUR RECIPE, LLC
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | MACARIUS RIZK, individually, and on behalf of all others similarly situated, | Case No. 2:19-cv-00852-DMG-E
12 | | Hon. Dolly M. Gee
13 | Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**
14 | vs. |
15 | QUALITY IS OUR RECIPE, LLC; and DOES 1 through 10, inclusive. |
16 | Defendants. | **Hearing**
17 | | Date: June 28, 2019
   | | Time: 9:30 a.m.
   | | Courtroom: 8C (8th Floor – First Street Courthouse)

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Rutan & Tucker, LLP
attorneys at law

2610/034705-0007
13763941.3 a05/31/19

-1-

Case No. 2:19-cv-00852-DMG-E
NOTICE OF MOTION AND MOTION TO
DISMISS FIRST AMENDED COMPLAINT

*TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:*

*PLEASE TAKE NOTICE THAT,* on June 28, 2019, at 9:30 a.m., or as soon thereafter as the matter may be ruled upon, in Courtroom 8C of the above-referenced Court, located at 350 West 1st Street, Los Angeles, California, 90012, defendant Quality Is Our Recipe, LLC ("Defendant") will, and hereby does, move to dismiss all claims in plaintiff Macarius Rizk's ("Plaintiff") First Amended Complaint ("FAC").  The FAC is subject to dismissal under Rule 9(b) and Rule 12(b)(6) of the Federal Rules of Civil Procedure because it fails to meet the requisite heightened pleading standard.  Plaintiff's claims are all fraud-based, and Plaintiff has failed to plead facts with sufficient particularity to state any claim on which relief can be granted.  Among other things, the FAC does not cite one word of specific *content* from any alleged false representations, nor does it even generally indicate where those representations were *located*.  Further, Plaintiff does not allege *when* specifically he saw the alleged false advertising and he similarly fails to allege any detail as to his *own* transactions.

This motion is made following the conference of counsel pursuant to the Central District's Local Rule 7-3, which took place on May 22, 2019.

Defendant's Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, all records and pleadings filed in this action, and upon such matters as may be provided at oral argument.

Dated:  May 31, 2019

RUTAN & TUCKER, LLP
BRADLEY A. CHAPIN
LUCAS K. HORI

By:   */s/ Bradley A. Chapin*
       Bradley A. Chapin
       Attorneys for Defendant
       Quality Is Our Recipe, LLC

Rutan & Tucker, LLP
attorneys at law

2610/034705-0007
13763941.3 a05/31/19

-2-

Case No. 2:19-cv-00852-DMG-E
NOTICE OF MOTION AND MOTION TO
DISMISS FIRST AMENDED COMPLAINT